*CK.# 1314414  RECEIPT# 152341*

## OFFICE OF THE CHAPTER 13 TRUSTEE
**CRAIG SHOPNECK, TRUSTEE**
For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio – Eastern Division (Cleveland)

BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Tel: (216) 621-4268  Fax: (216) 621-4806

*[Received stamp: MAY 12 AM 11:34, ...DISTRICT OF OHIO CLEVELAND]*

May 11, 2011

United States Bankruptcy Court
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Avenue
Cleveland OH 44114

Re: George Karnavas
    Chapter 13 Case No. 07-15286 *lt*

## TRANSMITTAL OF UNCLAIMED FUNDS

Craig Shopneck, Standing Chapter 13 Trustee, reports the following:

1. The Trustee's Office made the following disbursement; however, either the disbursement has been returned by the U.S. Post Office, or a stop payment has been issued by the Trustee's Office due to the payee's failure to negotiate the check:

   | | | |
   |---|---|---|
   | Independence Surgery Center | Check No. 1252715 | $120.26 |
   | 6701 Rockside Road | | |
   | Suite 101 | | |
   | Independence OH 44131 | | |

2. Because the above captioned case has been completed, we are hereby enclosing a check in the amount of $120.26 payable to the Clerk of the United States Bankruptcy Court for deposit into the Court's depository account.

Please contact me at extension 125 if you have any questions regarding the remittance.

*/s/ Debbie Praga*
Debbie Praga
Claims and Internal Operations Manager